SALLY J. ELKINGTON, SBN 142619
ELKINGTON LAW OFFICE
1970 Broadway, Suite 1200
Oakland, CA 946123
Telephone:   510/465-0404
Facsimile:   510/465-0202

Attorney for Debtor
RENE HENRI MONCHARTE

# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re                                                              CASE NO. 08-46887-EDJ 13

    RENE HENRI MONCHARTE                    Chapter 13

            DEBTOR.
                                                                    MOTION TO WITHDRAW AS ATTORNEY
                                                                    FOR DEBTOR

                                      /         Hearing Date:   September 3, 2009
                                                                    Hearing Time:   3:30 p.m.
                                                                    Courtroom:      215

    SALLY J. ELKINGTON, hereby requests permission to withdraw a attorney for debtor on the following grounds:

    1.   Debtor has ceased communicating with me or my staff either by phone or in writing.

    2.   Debtor is no longer cooperating with me with regard to the differing needs of his bankruptcy.

    WHEREFORE, SALLY J. ELKINGTON requests permission to withdraw from the above referenced case as Attorney of Record.

Dated:       August 4, 2009

                                                          SALLY J. ELKINGTON
                                                          Sally J. Elkington
                                                           Attorney for Debtor
                                                           RENE HENRI MONCHARTE