| | |
|---|---|
| 1 | SALLY J. ELKINGTON, SBN 142619 |
| | ELKINGTON LAW OFFICE |
| 2 | 1970 Broadway, Suite 1200 |
| | Oakland, CA 946123 |
| 3 | Telephone: 510/465-0404 |
| | Facsimile: 510/465-0202 |
| 4 | |
| | Attorney for Debtor(s) |
| 5 | RENE HENRI MONCHARTE |

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | | CASE NO. 08-46887-EDJ 13 |
| RENE HENRI MONCHARTE | | Chapter 13 |
| DEBTOR(S). | | DECLARATION OF SALLY J. ELKINGTON IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR(S) |
| _____/ | | Hearing Date: September 3, 2009 |
| | | Hearing Time: 3:30 p.m. |
| | | Courtroom: 215 |

I, SALLY J. ELKINGTON declare as follows:

1. I am the attorney of record for the debtor in this action. I am licensed by the state of California and have been admitted by the District Court for the Northern District of California to practice before this court.

2. I have personal knowledge of the information contained herein, and if called upon to testify, I could competently testify to the same.

3. Debtor hired me as his bankruptcy attorney on or about November 11, 2008. His bankruptcy was filed on November 21, 2008 as an "emergency filing" to stop the trustee sale of his property. The filing was completed on December 5, 2008 and December 6, 2008.

4. Debtor's Meeting of Creditors was on February 10, 2009 and his plan was confirmed on February 12, 2009.

5. Debtor received a motion for relief from stay set for hearing of April 3, 2009, which was continued to May 8, 2009. A standard Adequate Protection Order was agreed to on that date.

6. Debtor received a second motion for relief from stay on a different property set for hearing on June 19, 2009 and again it was resolved through an Adequate Protection Order.

7. On July 20, 2009 debtor received a Motion to Dismiss Case for Failure to make Plan Payments.

8. Debtor is not longer effectively communicating with me and it appears that we have irreconcilable differences in my representation of him in this bankruptcy. I have both written to client requesting his cooperation and have made numerous calls to him through my paralegal. I have not received a return call or letter from the debtor. Under these circumstances it is no longer possible for me to represent debtor's best interests in the various continuing needs of his bankruptcy.

9. There are other issues in debtor's case that interfere with my ability to represent debtor effectively that I would only be able to disclose *in camera*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 4, 2009 in Oakland, California.

SALLY J. ELKINGTON
SALLY J. ELKINGTON,
Attorney for Debtor
RENE HENRI MONCHARTE

T:\TMW9E\Data\files\Rene H. Monchatre\1917 DECLARATION IN MOTION TO WITHDRAW.WPD